THE DAVID FIRM®
Henry S. David-State Bar No. 89297
*hdavid@davidfirm.com*
Hayim M. Gamzo-State Bar No. 307033
*hgamzo@davidfirm.com*
3145 S. Sepulveda Blvd., 11th Fl.
Los Angeles CA  90034
Tel    424-271-4570

Attorneys for Plaintiff
FRANKLIN R. FRALEY, JR., an individual and d/b/a FRALEY & ASSOCIATES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Western Division)

| | |
|---|---|
| FRANKLIN R. FRALEY, JR., an individual and d/b/a FRALEY & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation; and DOES 1 through 10,<br><br>Defendants. | **CASE NO. 2:18-cv-00722-AB-JPR**<br><br>**Assigned for All Purposes To:**<br>     **Hon. André Birotte, Jr.**<br>     **Courtroom 7B**<br><br>**PLAINTIFF'S MOTION *IN LIMINE* NO. 1**<br><br>**EVIDENCE OF APPENDIX FOR MOTION BY FRANKLIN R. FRALEY, JR., D/B/A FRALEY & ASSOCIATES, FOR ORDER EXCLUDING EVIDENCE RELATED TO CLAIMS/ISSUES PREVIOUSLY DECIDED**<br><br>**JURY TRIAL—First Day**<br><br>**Date:     July 23, 2019**<br>**Time:    8:30 a.m.**<br>**Place:    Courtroom 7B**<br><br>**Complaint Filed:  January 29, 2018** |

-1-

Evid. App. for F&A's Motion *in Limine* No. 1—Claim/Issue Preclusion

Plaintiff Franklin R. Fraley, Jr., doing business as Fraley & Associates ("F&A"), submits all evidence on which F&A relies for Plaintiff's Motion in Limine No. 1—Motion by Franklin R. Fraley, Jr., d/b/a Fraley & Associates for Order Excluding Evidence Related To Claims/Issues Previously Decided, filed June 21, 2019, in this moving appendix of evidence at the corresponding exhibit tabs.

| Index of Evidence | |
|---|---|
| **Description** | **Ex. No.** |
| Legal Services Contract between Drita Kessler and DK Art Publishing, Inc., on the one hand, and Franklin R. Fraley, Jr., doing business as Fraley & Associates, on the other hand, dated February 8, 2007 | 2 |
| Confidential Settlement Agreement, dated January 29, 2015 | 6 |
| Final Arbitration Award, dated January 22, 2018 | 7 |
| Judgment in Favor of Franklin R. Fraley, Jr., and Against Drita Kessler and DK Art Publishing, Inc., entered July 9, 2018 | 8 |
| Notice by Franklin R. Fraley, Jr., d/b/a Fraley & Associates, of Attorney's Lien, filed October 29, 2013 | 19 |
| Notice by Franklin R. Fraley, Jr., d/b/a Fraley & Associates, of Attorney's Lien, filed October 29, 2013 | 20 |
| [Redacted] Defendant/Third-Party Plaintiff Travelers Property Casualty Company of America's Responses to Requests by Plaintiff Franklin R. Fraley, Jr., d/b/a Fraley & Associates, for Admissions, Set One, dated February 11, 2019 | 47 |

| | Index of Evidence | |
|---|---|---|
| | **Description** | **Ex. No.** |
| | [Redacted] Defendant/Third-Party Plaintiff Fidelity and Guaranty Insurance Underwriters, Inc.'s Responses to Requests by Plaintiff Franklin R. Fraley, Jr., d/b/a Fraley & Associates, for Admissions, Set One, dated February 11, 2019 | 48 |
| | [Relevant Portions] Deposition of Lane J. Ashley, dated February 14, 2019 | 50 |
| | [Relevant Portions] Deposition of Robert Nevens, dated February 19, 2019 | 51 |
| | [Relevant Portions] Deposition of Michael Dennis Collins, dated February 13, 2019 | 52 |
| | [Redacted] Various banking documents produced by TPC/FGIU, bates numbered TR00098–TR00110 | 53 |
| | [Redacted] Bank statement for Ford & Serviss, LLP, dated February 2015 | 54 |
| | Interim Arbitration Award, dated September 6, 2017 | 56 |
| | [Redacted] Bank statement for Ford & Serviss, LLP, dated April 2015 | 64 |
| | Claim by Franklin R. Fraley, Jr., d/b/a Fraley & Associates, dated May 5, 2016 | 68 |
| | Respondents DK Art Publishing, Inc. and Drita Kessler's Answer to Claimant's Demand for Arbitration, dated May 16, 2016 | 69 |
| | | 71 |

-3-

Evid. App. for F&A's Motion *in Limine* No. 1—Claim/Issue Preclusion

| Index of Evidence | |
|---|---|
| **Description** | **Ex. No.** |
| Spreadsheet re Judgment—Amounts Due by Fraley & Associates, as of July 23, 2019 | |

Date: June 21, 2019

Respectfully submitted,
THE DAVID FIRM®

By: /s/ *Henry S. David*

    Henry S. David
Attorneys for Plaintiff
FRANKLIN R. FRALEY, JR., d/b/a
FRALEY & ASSOCIATES

THE DAVID FIRM®
LAW OFFICES
3415 S. Sepulveda Blvd., 11th Fl.
Los Angeles, California 90034
(424) 271-4570

Evid. App. for F&A's Motion *in Limine* No. 1—Claim/Issue Preclusion