JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN R. FRALEY, JR., an individual and d/b/a FRALEY & ASSOCIATES,<br><br>Plaintiff,<br><br>Vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC., a Wisconsin corporation; and DOES 1-10,<br><br>Defendants.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC. a Wisconsin corporation,<br><br>Third-Party Plaintiffs,<br><br>Vs.<br><br>DRITA KESSLER, an individual; DK ART PUBLISHING, INC., a California corporation,<br><br>Third-Party Defendants. | CASE NO. 2:18-cv-00722-AB-JPR<br>[Assigned to Hon. André Birotte Jr.]<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANTS/THIRD-PARTY PLAINTIFFS TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA AND FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC. ON (1) FIRST SUPPLEMENTAL COMPLAINT BY PLAINTIFF FRANKLIN R. FRALEY JR. D/B/A FRALEY & ASSOCIATES AND (2) THIRD-PARTY COMPLAINT AGAINST DRITA KESSLER AND DK ART PUBLISHING, INC.**<br><br>Hearing Date: June 7, 2019<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Complaint Filed: January 29, 2018 |

-1-
JUDGMENT

The following motions came on regularly for hearing on June 7, 2019 in Courtroom 7B of the above-entitled Court, the Honorable André Birotte Jr. presiding: (1) Motion for Partial Summary Judgment On The First Supplemental Complaint by Plaintiff Franklin R. Fraley, Jr. d/b/a Fraley & Associates ("Plaintiff"); (2) Motion for Summary Judgment Or, In the Alternative, Partial Summary Judgment by Defendant/Third-Party Plaintiff Travelers Property Casualty Company of America ("Travelers"); (3) Motion for Summary Judgment Or, In the Alternative, Partial Summary Judgment by Defendant/Third-Party Plaintiff Fidelity and Guaranty Insurance Underwriters, Inc. ("Fidelity"); and (4) Travelers' and Fidelity's Motion for Default Judgment Against Third-Party Defendants Drita Kessler ("Kessler") and DK Art Publishing, Inc. ("DK Art").

### A. Plaintiff's First Supplemental Complaint

After consideration of the points and authorities, declarations and evidence filed by the parties in support of and in opposition to Plaintiff's Motion for Partial Summary Judgment and the Motions by Travelers and Fidelity for Summary Judgment Or, In The Alternative, Partial Summary Judgment, as well as oral argument concerning said motions, the Court finds (1) there is no triable issue of material fact as to the counts for conversion, intentional interference with contractual relationship, intentional interference with prospective economic advantage and aiding and abetting fraudulent transfers alleged against Travelers and Fidelity in Plaintiff's operative First Supplemental Complaint and (2) Travelers and Fidelity are both entitled to judgment as a matter of law in their favor and against Plaintiff on the First Supplemental Complaint, as set forth in the Court's written Order Granting Defendants' Motions for Summary Judgment and Motion for Entry of Default dated June 24, 2019 (Dkt. No. 120) ("Order").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Plaintiff take nothing from Travelers, and that Plaintiff's action against Travelers be dismissed with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Plaintiff take nothing from Fidelity, and that Plaintiff's action against Fidelity be dismissed with prejudice.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Travelers and Fidelity shall recover costs from Plaintiff by post-judgment bill of costs.

**JUDGMENT IS HEREBY ENTERED** for Defendant Travelers Property Casualty Company of America and against Plaintiff Franklin R. Fraley, Jr. d/b/a Fraley & Associates with respect to each of the causes of action alleged by Plaintiff in the First Supplemental Complaint against Travelers.

**JUDGMENT IS HEREBY ENTERED** for Defendant Fidelity and Guaranty Insurance Underwriters, Inc. and against Plaintiff Franklin R. Fraley, Jr. d/b/a Fraley & Associates with respect to each of the causes of action alleged by Plaintiff in the First Supplemental Complaint against Fidelity.

### B.     Third-Party Complaint By Travelers And Fidelity

After consideration of the points and authorities, declarations and evidence filed by the parties in support of the Motion for Default Judgment Against Kessler and DK Art by Travelers and Fidelity, the Court finds (1) there is no triable issue of material fact as to the claims for express contractual indemnity and declaratory relief alleged by Travelers and Fidelity in the Third-Party Complaint against Kessler and DK Art and (2) Travelers and Fidelity are both entitled to judgment as a matter of law in their favor and against Kessler and DK Art, jointly and severally, as set forth in the Order.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Drita Kessler and DK Art Publishing, Inc., jointly and severally, shall pay Travelers Property Casualty Company of America and Fidelity and Guaranty Insurance Underwriters, Inc. a total of $217,406.42 as damages consisting of attorney's fees and costs incurred by Travelers and Fidelity from February 21, 2018 to the date of this Judgment in relation to this action commenced by Plaintiff.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** Drita Kessler and DK Art Publishing, Inc., jointly and severally, shall pay Travelers Property Casualty Company of America and Fidelity and Guaranty Insurance Underwriters, Inc. post-judgment interest on the unpaid principal amount of this Judgment, $217,406.42, from the date of entry of this Judgment until paid in full at the rate of 1.952% as required by 28 U.S.C. §1961 based on the date of this Judgment.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT** (1) Drita Kessler and DK Art Publishing, Inc., jointly and severally, shall pay Travelers Property Casualty Company of America and/or Fidelity and Guaranty Insurance Underwriters, Inc. additional damages for attorney's fees and costs incurred by Travelers and/or Fidelity after the date of this Judgment in relation to any appeal of this Judgment by Plaintiff, if any, and (2) the Court shall retain jurisdiction of this action for the sole ministerial purpose of calculating the amount of such additional damages sustained by Travelers and Fidelity after the date of this Judgment, if any.

**JUDGMENT IS HEREBY ENTERED** for Third-Party Plaintiff Travelers Property Casualty Company of America and against Third-Party Defendants Drita Kessler and DK Art Publishing, Inc. with respect to each of the causes of action alleged by Travelers in the Third-Party Complaint against Kessler and DK Art.

///

**JUDGMENT IS HEREBY ENTERED** for Third-Party Plaintiff Fidelity and Guaranty Insurance Underwriters, Inc. and against Third-Party Defendants Drita Kessler and DK Art Publishing, Inc. with respect to each of the causes of action alleged by Fidelity in the Third-Party Complaint against Kessler and DK Art.

Dated: July 23, 2019

By: _____
Hon. André Birotte Jr.
United States District Judge